**KAZEROUNI LAW GROUP, APC**

3000 Atrium Way, Suite 200
Mt. Laurel, New Jersey 08054
Telephone: (732) 588-8688
Facsimile: (800) 520-5523
ross@kazlg.com
kazlg.com

May 23, 2023

**VIA ECF**

Hon. José R. Almonte
Frank R. Lautenberg U.S. Post office
& Courthouse Building
2 Federal Square
Newark, NJ 07102

  Re: <u>Boritz v. Lincare Inc.</u>
    <u>Civil Action No. 23-cv-00369-JMV-JRA</u>

Dear Judge Almonte:

  We represent the plaintiff in the above referenced matter.

  We write to inform the Court that this evening the plaintiff reached a settlement in principle with the defendant herein, subject to a written settlement agreement. To that end, the plaintiff respectfully requests that all deadlines and tomorrow's conference be suspended or, in the alternative, a conditional order of dismissal be entered subject to reopening in thirty (30) days.

  We thank the Court for its courtesies and consideration.

            Respectfully submitted,

            Ross H. Schmierer, Esq.

cc: All counsel of record (via ECF)